**Arthur BAKER, Appellant,**

v.

**Dr. George J. BETO, Director, Texas Department of Corrections, Appellee.**

No. 23117.

United States Court of Appeals Fifth Circuit.

Aug. 8, 1966.

Arthur Baker, pro se.

Allo B. Crow, Jr., Asst. Atty. Gen., Austin, Tex., for appellee.

Before TUTTLE, Chief Judge, RIVES, Circuit Judge, and CHOATE, District Judge.

BY THE COURT:

Treating appellant's letter of May 28, 1966, as a motion to vacate the continuance of the submission of his appeal previously assigned for submission on May 20, 1966,

It is ordered that the said motion be, and the same is hereby granted and the case has been considered on the original record and briefs of the parties.

The Judgment of the trial court is

Affirmed.

**Norman MEANS, Appellant,**

v.

**STATE OF ALABAMA, Appellee.**

No. 23156.

United States Court of Appeals Fifth Circuit.

July 7, 1966.

Oscar W. Adams, Jr., Demetrius C. Newton, Birmingham, Ala., Norman C. Amaker, Jack Greenberg, New York City, for appellant.

Louis H. Lackey, Jr., Tuscaloosa, Ala., Richmond M. Flowers, Atty. Gen., Leslie Hall, Asst. Atty. Gen., Montgomery, Ala., for appellee.

Before TUTTLE, Chief Judge, BROWN and COLEMAN, Circuit Judges.

PER CURIAM.

This appeal is controlled by Peacock et al., v. City of Greenwood, Mississippi, Decided June 20, 1966, 384 U.S. 808, 86 S.Ct. 1800, 16 L.Ed.2d 944, in which the Supreme Court held that grounds for removal of civil rights cases to the United States District Court under 28 U.S. C.A. § 1443, do not include grounds as alleged in this case.

The judgment of the District Court is, 256 F.Supp. 437 therefore, affirmed.